**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ALBERTO JUAN SAVON-GOMEZ,**<br><br>***Petitioner,***<br>**v.**<br><br>**TODD BLANCHE,** U.S. Attorney General; **MARKWAYNE MULLIN,** Secretary of the U.S. Department of Homeland Security; *and* **MARY DE ANDA-YBARRA,** U.S. ICE Field Office Director,<br><br>***Respondents.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01859-DCG** |

**FINAL JUDGMENT**

The Court previously granted Petitioner Alberto Juan Savon-Gomez's Petition for a Writ of Habeas Corpus (ECF No. 3) and directed the Clerk to close this case.[1] The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.[2]

For the reasons stated in the Court's "Order Granting Petition" (ECF No. 17), the Court **GRANTS** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 3).

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**So ORDERED and SIGNED this 6th day of October 2026.**



**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] Order Granting Pet., ECF No. 17.

[2] *See* Fed. R. Civ. P. 58(a) (providing that "every judgment . . . must be set out in a separate document").